**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on September 29, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: September 29, 2010**

_____
**Arthur I. Harris
United States Bankruptcy Judge**

---

BK1008357
TJK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 10-15838 |
| Gregory E Fisher<br>Deena L Fisher | Chapter 7 |
| | Judge Harris |
| Debtors | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT**<br>**1236 AVONDALE ROAD, SOUTH EUCLID, OH 44121** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **8**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the

Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 1236 Avondale Road South Euclid, OH 44121.

###

SUBMITTED BY:

/s/ Edward J Boll
Edward J Boll, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0072982
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3202
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Richard A. Baumgart - Trustee
1100 AmTrust Bank Center
1801 East 9th Street
Cleveland, OH 44114-3169
baumgart_trustee@dsb-law.com
VIA ELECTRONIC SERVICE

Edward J Boll, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Cosmin Cocirteu, Esq. - Attorney for Debtors
4040 Mayfield Rd
Suite 1
South Euclid, OH 44121
CHSlawfirm@yahoo.com
VIA ELECTRONIC SERVICE

Gregory E Fisher - Debtor
1236 Avondale Road
South Euclid, OH 44121
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Deena L Fisher - Debtor
1236 Avondale Road
South Euclid, OH 44121
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE